JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CAFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JEANETTE WASS, | ) Case No.: 5:23-cv-00247-MCS-SK |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

Dated: August 11, 2023

BY: _____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE