UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanette W.,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: ED CV 23-00247-MCS (SK)<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,500.00.

**IT IS SO ORDERED**.

DATED: September 1, 2023

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

1